NUMBER 13-06-659-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG


___________________________________________________________________

 

IN RE: ALBERTO DE ANDA DURAN, M.D. 


__________________________________________________________________


On Petition for Writ of Mandamus

___________________________________________________________________


MEMORANDUM OPINION



Before Justices Yañez, Rodriguez and Garza


Per Curiam Memorandum Opinion (1)



 Relator, Alberto De Anda Duran, M.D., filed a petition for writ of mandamus in
the above cause on November 30, 2006. Real parties in interest, Viridiana Mata,
individually, and Alejandro Rodriguez, individually, and all on behalf of Genoveva
Rodriguez, a minor, filed a response to the petition on December 15, 2006. The
Court, having examined and fully considered the petition for writ of mandamus with
appendix and the response with appendix, is of the opinion that relator has not shown
himself entitled to the relief sought.

 Accordingly, relator's petition for writ of mandamus is denied. See Tex. R. App.
P. 52.8(a).


 PER CURIAM




Memorandum Opinion delivered and filed

this 28th day of December 2006.
1. See Tex. R. App. P. 52.8(d) ("When denying relief, the court may hand down an opinion but
is not required to do so."); Tex. R. App. P. 47.4 (distinguishing opinions and memorandum opinions).